UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO JAMICHAEL SEVERSON, | CASE NO. 2:25-cv-01032-JHC |
| Plaintiff, | ORDER |
| v. | |
| VLADIMIR PUTIN; NW EZ AUTO, | |
| Defendants. | |

This matter comes before the Court sua sponte.

On December 2, 2025, the Court dismissed Plaintiff's Complaint (Dkt. # 5) without prejudice under 28 U.S.C. § 1915. Dkt. # 6. It also granted "Plaintiff leave to amend, if he wishes, within 14 days of the filing of this Order." *Id.* at 2. Fourteen days have now passed, and the Court has not received an amended complaint. *See generally* Dkt. Accordingly, the Court dismisses this case without prejudice.

Dated this 23rd day of December, 2025.

John H. Chun
United States District Judge

ORDER - 1